**Opinion issued July 26, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00408-CV

———————————

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY,**
**Appellant**

**V.**

**ADAN GARZA, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-23090**

---

## MEMORANDUM OPINION

Appellant, Metropolitan Transit Authority of Harris County, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.